## BUCHANAN *vs.* WILLINGHAM.

An affidavit of illegality filed by a widow upon the ground that .the execution was levied on property which had been set apart as a homestead to her deceased husband, was not demurrable because it failed to state that the plaintiff in *fi. fa.* had not filed an affidavit that his claim was within some one of the exceptions to the homestead act.

WARNER, Chief Justice.

## AYER & COMPANY *vs.* KIRKLAND.

Notice given by plaintiffs in *certiorari* to the opposite party "that they had applied for and had issued a *certiorari* returnable to the next term of the court," etc., was not a sufficient compliance with section 4059 of the Code, which requires notice to be given of the sanction of the writ of *certiorari*. In default of the notice required, the *certiorari* was properly dismissed.

65b 303
d95 32

65b 303
113 610

65 303
Case 2
f125 514

WARNER, Chief Justice.

## LYON *et al. vs.* GRAY, administrator, *et al.*

1. The evidence being conflicting, and the presiding judge being satisfied with the verdict, this court will not control his discretion in refusing a new trial on the ground that the verdict is contrary to the evidence.
2. An exception to the entire charge will not be considered unless the charge, as a whole, was erroneous.

WARNER, Chief Justice.